UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (A) DDP                              Dated: June 19, 2009

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Kevin Lally |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Brian R. Michael |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)               Attorneys for Defendants

14)   ANTONIO DIAZ                          14)   Sonia E. Chahin
      Not Present                                 Not Present

_____

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR BILL OF PARTICULARS FILED BY DEFENDANT MIGUEL MARTINEZ (FILED ON 03-19-09) , MOTION TO SEVER DEFENDANT FILED BY DEFENDANT MIGUEL MARTINEZ (FILED ON 03-19-09) and the MOTION FOR DISCOVERY OF DEFENDANT'S STATEMENTS, NOTES, CRIMINAL RECORDS, EVIDENCE SEIZED, REPORTS OF EXAMINATIONS, EXPERT WITNESSES, GIGLIO MATERIAL, JENCKS MATERIAL, 404(B) EVIDENCE, SENTENCING REDUCTION EVIDENCE, IMPEACHMENT EVIDENCE, WITNESS INFORMATION, PERSONNEL RECORDS OF AGENTS, EXCULPATORY EVIDENCE, INFORMATION REGARDING CONFIDENTIAL INFORMANTS, GRAND JURY MATERIALS FILED BY DEFENDANT MIGUEL MARTINEZ (FILED ON 03-19-09) are hereby VACATED.

**cc:   P. O.**
**       P. S. A. L. A.**

                                                              :   N/A
                                    Initials of Deputy Clerk   JAC